UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1160 DWF/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SIMONSON,<br><br>Defendant,<br><br>AMERIPRIDE LINEN AND APPAREL SERVICES,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has two prior garnishments in place at the time the garnishee filed the Answer.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 6, 2003, is hereby released.

Dated: 6/16/03

Raymond L. Erickson
Magistrate Judge
United States District Court

FILED JUN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK