RUN DATE:10-JUN-2004 PAYMENT HISTORY Inquiry G



FOR: 2000Z00611 / 001

COURT NUMBER: 01-1160 DWF/RLE
DEBTOR: Simonson, Michael C.
COLLECTION TYPE: WA
CURRENT BALANCE: $5,193.57

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0010 | PMNT | 26-MAR-2004 | GR | G | AMERIPRIDE LINEN | MN /04/125 | 9910400696 | $27.74 | 26-MAR-2004 |
| 0011 | PMNT | 16-APR-2004 | GR | G | AMERIPRIDE LINEN | MN /04/140 | 9910400710 | $102.21 | 16-APR-2004 |
| 0012 | PMNT | 26-APR-2004 | GR | G | Ameripride | MN /04/146 | 9910400716 | $177.54 | 26-APR-2004 |
| 0013 | PMNT | 10-MAY-2004 | GR | G | AMERIPRIDE LINEN | MN /04/156 | 9910400728 | $96.92 | 10-MAY-2004 |
| 0014 | PMNT | 25-MAY-2004 | GR | G | AMERIPRIDE LINEN | MN /04/167 | 9910400745 | $137.63 | 25-MAY-2004 |
| 0015 | PMNT | 03-JUN-2004 | GR | G | Ameripride Linen | MN /04/172 | 9910400749 | $25.22 | 03-JUN-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $567.26