UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-1160 (DWF/RLE)

United States of America,

Plaintiff,

vs.

GARNISHMENT ORDER

Michael C. Simonson,

Defendant,

ECONOMY READY-MIX, INC.,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 8, 2006, is hereby released.

Dated: May 17, 2006

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE